

FILED
NOV 16 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

November 11, 2022

Federal Courthouse
United States District Court
Attn: Honorable Judge Matthew Kennelly
219 S. Dearborn St.
Chicago, IL 60604

RE: Case: 10-cr-376 Zajac
      Add'l Exh. Dkt #1048-1049

Honorable Judge Kennelly:

As I was reviewing the docket, it appears that my Reply motion was posted twice, as Dkt #1048 and 1049.

More importantly, I neglected to attach Exh. #C16_2163 that is addressed within the Reply.

I have included the exhibit herein for attachment to the Reply (Dkt 1048-1049)

Respectfully,

*[signature]*

Tom Zajac, 22313-424
Attorney Pro Se
C/O Metro. Corr. Cntr.
71 W. VanBuren St.
Chicago, IL 60605

Attchmnts: Exh. C16_2163


